# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LAMAR LARKIN, | Case No. CV 14-7504-DSF (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| D. DAVEY, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 29, 2016

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE